# Affidavit of Process Server

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
(NAME OF COURT)

Int'l Painters et al        vs  Williams Architectural Glass & Glazing, Inc   1:07-cv-00469
PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT                             CASE NUMBER

I, VICTOR H. STEWART, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Williams Architectural Glass and Glazing, Inc
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND COMPLAINT

by leaving with Gwen Williams        Office Administrator                At
                NAME                  RELATIONSHIP

☐ Residence _____
             ADDRESS                  CITY / STATE

☑ Business  2468 Broadway             Gary, Indiana 46407
             ADDRESS                  CITY / STATE

On MARCH 26, 2007      AT 3:51 PM
   DATE                   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on N/A
                                                                              DATE
from _____
     CITY      STATE      ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                   DATE    TIME        DATE    TIME
(3) _____ (4) _____ (5) _____
    DATE    TIME        DATE    TIME        DATE    TIME

**Description:** Age 35-40  Sex F  Race Blk  Height 5'5-5'8  Weight 180-225  Hair Blk  Beard No  Glasses No

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 27th day of March, 2007

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Indiana (Com Exp 8-30-13)

NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS