# Affidavit of Process Server

### UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
(NAME OF COURT)

Int'l Painters et al _____ vs Williams Architectural Glass & Glazing, Inc  1:07-cv-00469

PLAINTIFF/PETITIONER                    DEFENDANT/RESPONDENT                    CASE NUMBER

I VICTOR H. STEWART _____, being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Williams Architectural Glass and Glazing, Inc _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND COMPLAINT _____

by leaving with Gwen Williams _____  Office Administrator _____  At
NAME                            RELATIONSHIP

☐ Residence _____
ADDRESS                          CITY / STATE
                                 Gary, Indiana  46407
☑ Business 2468 Broadway _____  _____
ADDRESS                          CITY / STATE

On MARCH 26, 2007 _____ AT 3:51 PM _____
DATE                                        TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on N/A _____
DATE

from_____
CITY          STATE          ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ _____ (2)_____ _____
                                              DATE       TIME        DATE       TIME

(3)_____ _____ (4)_____ _____ (5)_____ _____
   DATE       TIME            DATE       TIME            DATE       TIME

**Description:**. Age 35-40 Sex F  Race Blk  Height 5'5-5'8  Weight 180-225 Hair Blk  Beard No  Glasses No

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 27th day of March, 2007

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Indiana (Com Exp 8-30-13)



FORM 2      NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS