IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br>v.<br><br>WILLIAMS ARCHITECTURAL GLASS & GLAZING, INC.<br>   a/k/a Williams Architectural Glass & Glazing Inc<br>   a/k/a Williams Architectural Glass & Glazing<br>   a/k/a Williams Arch. Glass & Glazing<br><br>Defendant | CIVIL ACTION NO.<br>07-469 (RCL) |

**REQUEST TO CLERK TO ENTER
DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, Williams Architectural Glass & Glazing, Inc. a/k/a Williams Architectural Glass & Glazing Inc a/k/a Williams Architectural Glass & Glazing a/k/a Williams Arch. Glass & Glazing for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                                      Respectfully submitted,

                                      JENNINGS SIGMOND, P.C.

                            BY:/s/    Sanford G. Rosenthal
                            SANFORD G. ROSENTHAL, ESQUIRE
                            (I.D. NO. 478737)
                            The Penn Mutual Towers, 16th Floor
                            510 Walnut Street, Independence Square
                            Philadelphia, PA 19106-3683
                            (215) 351-0615/0611
Date: April 18, 2007             Attorney for Plaintiff

182083-1

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

182083-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 07-469 (RCL) |
| WILLIAMS ARCHITECTURAL GLASS & GLAZING, INC. | ) ) | |
|    a/k/a Williams Architectural Glass & Glazing Inc | ) ) | |
|    a/k/a Williams Architectural Glass & Glazing | ) ) | |
|    a/k/a Williams Arch. Glass & Glazing | ) ) | |
| Defendant | ) | |

**DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE**
**FOR ENTRY OF DEFAULT**

Sanford G. Rosental, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Williams Architectural Glass & Glazing, Inc. a/k/a Williams Architectural Glass & Glazing Inc a/k/a Williams Architectural Glass & Glazing a/k/a Williams Arch. Glass & Glazing ("Company" or "Defendant"), by Victor H. Stewart, Process Server, who served Gwen Williams, Office Administrator, at 2468 Broadway, Gary, IN 46407 on March 26, 2007. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to

182083-1

answer or otherwise move has not been extended by Order of the Court.

    5.      Defendant is neither an infant nor an incompetent person.

    6.      Inasmuch as Defendant is a corporation, it is not in the military service.

                                      I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

                                      s/     Sanford G. Rosenthal
                                      SANFORD G. ROSENTHAL, ESQUIRE

Date: April 18, 2007

182083-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

>Williams Architectural Glass & Glazing, Inc.
>a/k/a Williams Architectural Glass & Glazing Inc
>a/k/a Williams Architectural Glass & Glazing
>a/k/a Williams Arch. Glass & Glazing
>2468 Broadway
>Gary, IN 46407

>s/   Sanford G. Rosenthal
>SANFORD G. ROSENTHAL, ESQUIRE

Date: April 18, 2006

182083-1