Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

Civil Action No. 07-469 (RCL)

v.

WILLIAMS ARCHITECTURAL GLASS &
GLAZING, INC.

    Defendant(s)

RE: WILLIAMS ARCHITECTURAL GLASS & GLAZING, INC.
also known as
WILLIAMS ARCHITECTURAL GLASS & GLAZING INC
also known as
WILLIAMS ARCHITECTURAL GLASS & GLAZING
also known as
WILLIAMS ARCH. GLASS & GLAZING

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 26, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 20th day of April, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
            Deputy Clerk