IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 07-469 (RCL) |
| WILLIAMS ARCHITECTURAL GLASS & GLAZING, INC. a/k/a Williams Architectural Glass & Glazing Inc a/k/a Williams Architectural Glass & Glazing a/k/a Williams Arch. Glass & Glazing | ) ) ) ) ) ) ) ) | |
| Defendant | ) | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, Esquire as counsel for Plaintiff in the above-captioned matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106-3683
(215) 351-0611

Date: February 15, 2008

193472-1

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire state under penalty of perjury that I caused a copy of the foregoing Withdrawal of Appearance of Sanford G. Rosenthal, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

Williams Architectural Glass & Glazing, Inc.
a/k/a Williams Architectural Glass & Glazing Inc
a/k/a Williams Architectural Glass & Glazing
a/k/a Williams Arch. Glass & Glazing
2468 Broadway
Gary, IN 46407

             s/ Sanford G. Rosenthal
             SANFORD G. ROSENTHAL

Date: February 15, 2008

193472-1