IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff )<br>v. )<br>)<br>WILLIAMS ARCHITECTURAL GLASS & )<br>GLAZING, INC. )<br>  a/k/a Williams Architectural Glass & )<br>  Glazing Inc )<br>  a/k/a Williams Architectural Glass & )<br>  Glazing )<br>  a/k/a Williams Arch. Glass & Glazing )<br>)<br>Defendant ) | CIVIL ACTION NO.<br>07-469 (RCL) |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Kent G. Cprek, Esquire, as counsel for the Plaintiff in the above-captioned matter.

                                                Respectfully submitted,

                                                JENNINGS SIGMOND, P.C.

                                  BY:  s/ Kent G. Cprek
                                          KENT G. CPREK
                                          Bar No. 478231
                                          The Penn Mutual Towers, 16th Floor
                                          510 Walnut Street
                                          Philadelphia, PA  19106-3683
                                          (215) 351-0615

Date: February 15, 2008

193472-1

## CERTIFICATE OF SERVICE

I, Kent G. Cprek, Esquire state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance of Kent G. Cprek, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

>   Williams Architectural Glass & Glazing, Inc.
>   a/k/a Williams Architectural Glass & Glazing Inc
>   a/k/a Williams Architectural Glass & Glazing
>   a/k/a Williams Arch. Glass & Glazing
>   2468 Broadway
>   Gary, IN 46407

>   /s Kent G. Cprek
>   KENT G. CPREK

Date:  February 15, 2008

193472-1